IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| LAKISHA SHORT,<br><br>    Defendant Below-<br>    Appellant,<br><br>    v.<br><br>STATE OF DELAWARE,<br><br>    Plaintiff Below-<br>    Appellee. | § No. 61, 2015<br>§<br>§<br>§<br>§<br>§ Court Below—Superior Court<br>§ of the State of Delaware,<br>§ in and for Sussex County<br>§ Cr. ID 9711007629<br>§<br>§ |

Submitted: April 8, 2015
Decided: May 28, 2015

Before **STRINE**, Chief Justice, **HOLLAND**, and **VALIHURA**, Justices

### O R D E R

This 28th day of May 2015, the Court has carefully considered this appeal from the denial of appellant's second motion for postconviction relief. We find it manifest that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned decision dated January 16, 2015. The Superior Court did not err in concluding that the expiration of appellant's sentence in 2001, as well as this Court's ruling on her first postconviction motion,[1] required dismissal of her second motion for postconviction relief.

---

[1] *Short v. State*, 2013 WL 3807795 (Del. July 18, 2013) (holding that appellant lacked standing to seek postconviction relief because her sentence had expired and she was no longer "in custody" under that sentence as required by Superior Court Criminal 61(a)(1)).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

_____
Justice